UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NATIONAL CONSULTING AND
DEVELOPMENT, INC.,                                   **ORDER**

            Plaintiff,                    18-cv-5699 (PMH)

v.

CORNUCOPIA QUEEN, INC., SHERRANCE
HENDERSON, and TD BANK, N.A.,

            Defendants.
-----------------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

Defendant TD Bank, N.A.'s request for oral argument (Doc. 45) is granted. Pursuant to Rule 4(L) of the Court's Individual Practices, oral argument has been scheduled on Defendant's pending motion for summary judgment. The oral argument will be held on November 12, 2020 at 2:00 p.m. at the United States Courthouse, 500 Pearl Street, Courtroom 12D, New York, New York 10007.

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse. On the day you are due to arrive at the courthouse, click on the following weblink: https://app.certify.me/SDNYPublic. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

SO ORDERED:

Dated: New York, New York
       September 29, 2020

                                                  Philip M. Halpern
                                                  United States District Judge